IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CR-00005-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| CODY ALAN HEBERT, | ) ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's Consent Motion to Seal [DE-34]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the Motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE-33 and all exhibits attached thereto until further order of the court.

SO ORDERED this 19th day of September, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE